# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
VS.

CASE/CITATION NO. 3:19-mj-0003 DMC

Mitchell Charles Dudley

**ORDER TO PAY**

SOCIAL SECURITY #: ~~_____~~
DATE OF BIRTH: ~~_____~~
DRIVER'S LICENSE #: ~~_____~~
ADDRESS: ~~_____~~
CITY  STATE  ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: 3-5-2019    _[signature]_
DEFENDANT'S SIGNATURE

You are hereby placed on 3 years summary court probation.

YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:

[X] Fine: $ 650.00 and a penalty assessment of $ 50.00 for a TOTAL AMOUNT OF: $ 700.00 within _____ days/months; or payments of $ 50.00 per month, commencing 4-1-19 and due on the first of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
[X] ~~completed~~ by As a s special term and condition of probation you are prohibited from entering federal lands for 3 years, including but not limited to BLM, USFS, NPI, Park service.

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (check one):

[ ] ~~CENTRAL VIOLATIONS BUREAU PO BOX 71363 PHILADELPHIA, PA 19176-1363 1-800-827-2982 or Pay on-line at www.cvb.uscourts.gov and Click on "Pay On-Line"~~

[ ] ~~CLERK, USDC 2500 TULARE ST., RM. 1501 FRESNO, CA 93721-1322~~

[X] **CLERK, USDC 501 I STREET, STE. 4-200 SACRAMENTO, CA 95814-2322**

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 3-5-2019    _[signature]_
U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET                                                    EDCA-3